# IN THE SUPREME COURT OF THE STATE OF NEVADA

COUNTRYWIDE HOME LOANS, INC.,
F/K/A COUNTRYWIDE FUNDING
CORPORATION, A NEW YORK
CORPORATION; AND BANK OF NEW
YORK MELLON, F/K/A BANK OF NEW
YORK, AS TRUSTEE FOR THE
CERTIFICATEHOLDERS, CWABS,
INC., ASSET-BACKED CERTIFICATES,
SERIES 2007-7 TE, A FOREIGN
CORPORATION,

Appellants,

vs.

SUMMIT REAL ESTATE GROUP, INC.,
A NEVADA CORPORATION,

Respondent.

No. 79457

FILED

FEB 27 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b). The conditional sanctions imposed in this court's February 18, 2020, order are hereby vacated.

It is so ORDERED.

_____ Pickering, C.J.

cc:   Hon. Timothy C. Williams, District Judge
      Akerman LLP/Las Vegas
      The Wright Law Group
      Supreme Court Law Librarian
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

20-07571